denied. *Messrs. W. T. Kennerly* and *Clyde W. Key* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *Lucius A. Buck* for respondent.

No. 947. JASPER COUNTY LUMBER CO. *v.* McNEILL. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Will E. Orgain* for petitioner. *Mr. M. G. Adams* for respondent.

No. 948. OCEAN ACCIDENT & GUARANTEE CORP. *v.* J. L. BRANDEIS & SONS. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Dana B. Van Dusen* for petitioner. No appearance for respondents.

No. 949. STATE PLANTERS BANK & TRUST CO. ET AL. *v.* FIRST NATIONAL BANK OF VICTORIA. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. George E. Allen* and *A. S. Buford, Jr.,* for petitioners. *Mr. John S. Eggleston* for respondent.

No. 957. MODJESKI *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Townsend* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *M. H. Eustace* for respondent.